UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DANIEL YEBOAH-SEFAH, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | Civil Action No. 04-10125-RWZ |
| EDWARD FICCO, | ) ) ) | |
| Respondent. | ) ) | |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance on behalf of Edward Ficco, respondent in the above titled action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: February 24, 2004