UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
DANIEL YEBOAH-SEFAH,                )
                                   )
    Petitioner,                    )
                                   )
v.                                 )   Civil Action No. 04-10125-RWZ
                                   )
EDWARD FICCO,                       )
                                   )
    Respondent.                    )
_____)

**RESPONDENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITION FOR HABEAS CORPUS AND MOTION FOR STAY**

Respondent, through counsel, respectfully requests that the Court enlarge the time to file a response to the petition for habeas corpus and to respond to petitioner's motion to stay proceedings. In support of the motion respondent states that:

1. On January 26, 2004, the Court ordered respondent to respond to the petition and to petitioner's motion to stay proceedings by February 27, 2004;

2. As part of that answer, respondent is required to determine whether petitioner has exhausted the remedies available to him in state court and to provide portions of the state court record. *See* Rule 5 of the Rules Governing Section 2254 Cases;

3. Respondent has requested, but not yet received, the relevant state court record documents;

4. Respondent therefore requires a brief additional period to obtain the relevant documents and to appropriately respond to the petition and the motion to stay;

5. Undersigned counsel has spoken with counsel for petitioner, and petitioner consents to this motion.

For these reasons, respondent respectfully requests that the motion be allowed, the time for filing a response to the petition and to the motion to stay be enlarged, and that the deadline to respond to the petition and the motion to stay be extended to March 29, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: February 24, 2004