UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL YEBOAH-SEFAH,  )<br>  )<br>Petitioner,  )<br>v.  )<br>  )<br>EDWARD FICCO,  )<br>  )<br>Respondent.  )<br>_____ ) | Civil Action No. 04-10125-RWZ |

### SUPPLEMENTAL APPENDIX

Respondent, pursuant to Rule 5 of the Rules Governing Section 2254 Cases, submits this Supplemental Appendix, which contains the following documents:

*Supreme Judicial Court, No. SJC-07317*

**Volume 1**

(A)   Docket Sheets

(B)   Defendants's Brief

(C)   Commonwealth's Brief

(D)   Defendant's Reply Brief

(E)   Opinion of the Court

**Volume 2**

(F)   Defendant's Record Appendix (Vol. I)

(G)   Defendant's Record Appendix (Vol. II)

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
David M. Lieber (BBO# 653841)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: March 29, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on petitioner March 29, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage prepaid, to: Kenneth G. Littman, Esq., Peppard & Littman, P.C., 251 Cherry Street, Fall River, MA, 02720.

_____
David M. Lieber