UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL YEBOAH-SEFAH,
Petitioner

vs.

Civil Action No: 04-10125-RWZ

EDWARD FICCO,
Respondent

## MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS HABEOUS CORPUS PETITION
(ASSENTED TO)

The Petitioner respectfully requests that the Court extend the time until April 30, 2004 within which he must object to or otherwise respond to the Motion to Dismiss filed by the Respondent. As grounds therefore, the Petitioner states as follows:

1. That he received the Motion to Dismiss his Petition for a Writ of Habeous Corpus and Memorandum In Support thereof on March 30, 2004.

2. Counsel is researching issues raised in the Motion to Dismiss and will need additional time beyond fourteen (14) days to prepare a memorandum in opposition to the Motion to Dismiss.

3. No previous application has been made to this Court by counsel for an enlargement of time to object or otherwise respond to the Motion to Dismiss.

4. Counsel certifies, pursuant to LR 7.1(A)(2), that he has conferred with counsel for the Respondent, David M. Lieber, Esquire, and he has assented to this request for an extension.

WHEREFORE, the Petitioner respectfully requests that the Court extend the time in

which he may object or otherwise respond to the petition to April 30, 2004.

By His Attorney,

/s/ Kenneth G. Littman

Kenneth G. Littman, Esquire
Peppard & Littman, P.C.
251 Cherry Street
Fall River, MA 02720
Tel: (508) 675-8900

## CERTIFICATE OF SERVICE

I, Kenneth G. Littman, Esquire, do hereby certify that I served a true copy of the foregoing Motion To Extend Time To Respond To Motion To Dismiss, by mailing a copy of same, postage prepaid, to David M. Lieber, Esquire, Assistant Attorney General, One Ashburton Place, Boston, MA 02108, on this 31st day of March, 2004.

/s/ Kenneth G. Littman

Kenneth G. Littman, Esquire