UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL YEBOAH-SEFAH, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 04-10125-RWZ |
| ) | |
| EDWARD FICCO, ) | |
| ) | |
| Respondent. ) | |

### SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS AND IN OPPOSITION TO PETITIONER'S MOTION TO STAY

As described in Respondent's Memorandum of Law in Support of his Motion to Dismiss (Paper No. 6) at p. 4, n.2, Respondent was initially unable to obtain a copy of Petitioner's petition for rehearing before the Massachusetts Supreme Judicial Court, in order to determine whether Petitioner had fully exhausted the claim in Ground 6 of this petition. Respondent has now obtained this document, which is filed herewith as respondent's Second Supplemental Appendix. The petition for rehearing shows that, although Petitioner suggested to the S.J.C. that it failed to rule or ruled improperly on various of the claims in his appeal, Petitioner did not claim that a failure to explicitly rule on all the issues presented in his brief itself constituted a federal constitutional violation. Accordingly, Petitioner failed, as the oroginal Memorandum of Law suggests, to completely exhaust Ground 6 of the petition (in addition to Ground 5) and, for the reasons stated in Respondent's original Mermorandum of Law, the petition should be dismissed, and not stayed, until all its grounds have been fully exhausted.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

David M. Lieber (BBO# 653841)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: April 8, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on petitioner April 8, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage prepaid, to:

Kenneth G. Littman, Esq.
Peppard & Littman, P.C.
251 Cherry Street
Fall River, MA 02720