UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL YEBOAH-SEFAH,
    Petitioner

vs.                              Civil Action No: 04-10125-RWZ

EDWARD FICCO,
    Respondent

## MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS HABEOUS CORPUS PETITION

The Petitioner respectfully requests that the Court extend the time until June 30, 2004 within which he must object to or otherwise respond to the Motion to Dismiss filed by the Respondent. As grounds therefore, the Petitioner states as follows:

1.    That he received the Motion to Dismiss his Petition for a Writ of Habeous Corpus and Memorandum In Support thereof on March 30, 2004 and requested a short extension to file a response to said motion until April 30, 2004 and counsel for the Respondent, David M. Lieber, of the Attorney General's Office assented to said request.

2.    Since that time, I am informed that a copy of the motion for new trial prepared by the petitioner himself has been forwarded to the Committee for Public Counsel Services, with a request for appointment of new counsel to pursue the motion and the habeas corpus petition. On or about April 15, 2004, the Committee forwarded a copy of the motion for new trial to Rosemary Scarpiccio, an attorney in Boston for screening. Counsel has spoken with Attorney Scarpiccio and she believes that it will take several months to complete her review and determine

whether the motion has merit.

4. In the event that counsel has to respond to this motion to dismiss, he would be placed in an awkward position since the motion for new trial referred to in Ground 5 contends that a meritorious issue was not raised in the state courts by counsel. This allegation of ineffective assistance of appellate counsel makes it exceedingly difficult for counsel to continue representation of the petitioner.

5. Counsel certifies, pursuant to LR 7.1(A)(2), that he has conferred with counsel for the Respondent, David M. Lieber, and we have not been able to agree on this request for an extension.

WHEREFORE, for the reasons set forth above the Petitioner respectfully requests that the Court extend the time in which he may object or otherwise respond to the petition to June 30, 2004.

By His Attorney,

Kenneth G. Littman, Esquire - BBO: 302060
251 Cherry Street
Fall River, MA 02720
Tel: (508) 675-8900

### CERTIFICATE OF SERVICE

I, Kenneth G. Littman, Esquire, do hereby certify that I served a true copy of the foregoing Motion To Extend Time To Respond To Motion To Dismiss, by mailing a copy of same, postage prepaid, to David M. Lieber, Esquire, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108, on this 29th day of April, 2004.

Kenneth G. Littman, Esquire