UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10125-RWZ

DANIEL YEBOAH-SEFAH

v.

EDWARD FICCO

ORDER

May 5, 2004

ZOBEL, D.J.

Respondent in this habeas corpus proceeding under 28 U.S.C. § 2254 has moved to dismiss the petition. Counsel for petitioner seeks additional time to oppose, essentially to ascertain whether he has a conflict that requires him to withdraw. Counsel in this proceeding was also appellate counsel for petitioner in the state court. It appears that petitioner himself has recently prepared another motion for a new trial in which he alleges ineffective assistance of appellate counsel. The Committee for Public Counsel Services has been requested to furnish representation to prosecute not only that motion for a new trial, but also this petition for habeas corpus. The Committee will apparently take some time to decide the request for representation, and counsel seeks the continuance to await the decision. However, since the conflict arises from the allegations of the client about counsel's alleged failure and not from any decision about possible successor counsel, an extension of time will not solve the problem. Counsel has a conflict now and therefore has a choice of withdrawing now or discussing with his client the consequences of his new trial motion with a view to having petitioner reconsider his course.

Accordingly, the motion for an extension of time is allowed to the extent that counsel shall inform the court by June 1, 2004, whether he can continue in the case.

| | |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT COURT |