UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -1  P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

DANIEL YEBOAH-SEFAH
   Petitioner

VS.                                                          Civil Action No: 04-10125-RWZ

EDWARD FICCO
   Respondent

## MOTION TO WITHDRAW APPEARANCE

Now comes Kenneth G. Littman, counsel for the petitioner in the above habeous corpus matter and pursuant to Local Rule 83.5.2 (c) hereby requests permission to withdraw his appearance for the petitioner.

As grounds for said request, counsel states that he has been informed that the petitioner intends to file in the state Superior Court (or may already have filed), a motion for new trial alleging that counsel was ineffective in his handling of the petitioner's appeal in the state court. Under such circumstances counsel cannot continue representing the petitioner and conform to ethical standards.

Counsel further represents that he has been advised that the Committee for Public Counsel Services will within the next two weeks be appointing substitute counsel for the petitioner.

RESPECTFULLY SUBMITTED,

*Kenneth G. Littman*
KENNETH G. LITTMAN
BBO # 302060
251 Cherry Street
Fall River, MA. 02720
Tel. No. 508-675-8900

## CERTIFICATE OF SERVICE

I, Kenneth G. Littman, hereby certify that on this 1st day of June, 2004, I forwarded a copy of said Motion to Withdraw Appearance by mail, postage prepaid to David M. Lieber, Esq., Assistant Attorney General, One Ashburton Place, Boston, MA. 02108, counsel for the Respondent and on the 31st day of May, 2004, I hand-delivered a copy of said Motion to Daniel Yeboah-Sefah, the petitioner herein.

*Kenneth G. Littman* (signature)