UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
    Petitioner

v.

Edward Ficco,
    Respondent

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Chauncey Wood, hereby enters his appearances as counsel of record for the Petitioner, Daniel Yeboah-Sefah, on the above-entitled matter.

Dated: 9.9.04

Respectfully Submitted,

_____
Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

1

# SHEA, LaROCQUE & WOOD, LLP
### 47 THIRD STREET, SUITE 201
### CAMBRIDGE, MASSACHUSETTS 02141-1265

MARK W. SHEA
JEAN C. LaROCQUE
CHAUNCEY B. WOOD*

2004 SEP 10 P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

TEL 617.577.8722
FAX 617.577.7897
www.slrw.net

September 9, 2004

Clerk's Office
United States District Court
for the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210

Re:   **Yeboah-Sefah v. Ficco**
      **No. 04-CV-10125-RWZ**

Dear Sir or Madam:

Enclosed please find my notice of appearance for Daniel Yeboah-Sefah, the Petitioner in the above-referenced matter, a Petition for Writ of Habeas Corpus which Mr. Yeboah-Sefah, a Massachusetts state prisoner, filed pro se. I have been appointed to represent Mr. Yeboah-Sefah in this matter by the Massachusetts Committee of Public Counsel Services.

Thank your for your attention to this matter.

Sincerely,

Chauncey B. Wood

CBW/ps
Enclosure

cc:   David M. Lieber, Esq.
      Daniel Yeboah-Sefah

*ALSO ADMITTED IN THE DISTRICT OF COLUMBIA AND NEW YORK