UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
Petitioner

v.

Edward Ficco,
Respondent

STATUS REPORT

Undersigned counsel submits this report to give the Court an update on his progress in this case to date.

On June 7, 2004, the Petitioner filed a pro se new trial motion in the Worcester Superior Court. This Court, in turn, ordered him to exhaust his state court remedies before pursuing the Petition he filed in this court pursuant to 18 U.S.C. § 2254.

On January 5, 2005, counsel entered his appearance in the state court proceedings. Counsel sought to assist him in the litigation of the state court new trial motion.

On January 12, 2005, the superior court judge assigned to the new trial motion (McCann, J.) ordered the Commonwealth to respond to the Petitioner's new trial motion within 45 days.

On January 27, 2005, the Commonwealth sought an extension of time until March 31, 2005. On the same date, the Court allowed the motion.

1

On March 25, 2005, counsel filed an Addendum to his New Trial Motion, a supplemental memorandum of law, supporting affidavits and a motion for funds.

On March 29, 2005, the Commonwealth sought a second extension of time until May 18, 2005, to respond to the Defendant's new trial motion.

On April 7, 2005, the defendant filed an Opposition to the Commonwealth's request for an extension of time to May 18, 2005. The Defendant requested that the Commonwealth be given until April 18, 2005.

On April 11, 2005, the superior court granted the Commonwealth's request for an extension of time and ordered that any opposition to the defendant's new trial motion be filed by June 1, 2005. The court gave the Commonwealth two weeks more than it had requested.

The defendant is currently awaiting receipt of the Commonwealth's Opposition to his new trial motion.

Dated: 5.19.05

Respectfully Submitted,

/s/ Chauncey B. Wood
Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

## Certificate of Service

I certify that on this date I served the following document on the Commonwealth by delivering a copy to Assistant Attorney General David M. Lieber, One Ashburton Place, Boston, MA 02108 by first class mail, postage prepaid:

1.  Status Report

Date: 5·19·05

_____
Chauncey B. Wood