UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
Petitioner

v.

Edward Ficco,
Respondent

STATUS REPORT

Undersigned counsel submits this report to give the Court an update on his progress in this case since he filed his last status report on May 19, 2005.

On June 1, 2005, the Petitioner filed a motion for an evidentiary hearing in connection with his new trial motion pending in state court (WOCR 1992-00656).

On July 1, 2005, the Commonwealth filed a memorandum of law in opposition to the Petitioner's new trial motion.

On July 8, 2005, the Petitioner filed a reply to the Commonwealth's Opposition to his new trial motion.

On July 26, 2005, the Regional Administrative Judge transferred Petitioner's new trial motion to Superior Court Judge Peter Agnes.

On November 2, 2005, Petitioner filed a pro se Amended Reply to the Commonwealth's Opposition to his New Trial Motion.

1

On December 16, 2005, Judge Agnes issued a Memorandum of Decision and Order on Defendant's Motion for New Trial denying his motion for a new trial and his motion for an evidentiary hearing. Judge Agnes did not rule on Petitioner's motion for funds to hire psychiatrist Julia Reade.

On January 17, 2006, Petitioner filed a Petition for direct appellate review by the full court of the Supreme Judicial Court pursuant to M.G.L. Ch. 278 § 33E of the decision by the superior court denying the Petitioner's motion for a new trial. As required by G.L. Ch. 278 § 33E, this Petition was filed in the Single Justice Session of the Supreme Judicial Court. The docket number of the Petition is SJ-2006-0021.

The defendant is currently awaiting a ruling on his Petition from the Single Justice Session of the Supreme Judicial Court.

Dated: 1.23.06

Respectfully Submitted,

Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

2