UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
Petitioner

v.

Edward Ficco,
Respondent

STATUS REPORT

Undersigned counsel submits this report to give the Court an update on his progress in this case since he filed his last status report on January 23, 2006.

On May 5, 2006, a Single Justice of the Supreme Judicial Court (Cowin, J.) issued a decision denying the Petitioner's appeal of the denial of his new trial motion (SJ-2006-0021). Therefore, he has now exhausted potential state remedies for all of the claims raised in this federal habeas petition, and is requesting that this Court lift the stay it granted on June 28, 2004, and proceed accordingly.

Because the Petitioner included one claim in his state court new trial motion that he had not included in his original federal habeas petition, he has, on this date, filed an Amendment to His Original Petition Filed Under 28 U.S.C. § 2254 to include that claim.

1

Dated:   May 31, 2006                    Respectfully Submitted,


/s/ Chauncey B. Wood

Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722