UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DANIEL YEBOAH-SEFAH**   CIVIL CASE

NO. 04CV10125-RWZ

V.

**EDWARD FICCO**
    Defendant

**BRIEFING ORDER**

ZOBEL, D.J.

Any pleadings by plaintiff on or before 8/11/06; defendant's responses by 9/15/06.

| 6/2/05 | By: s/ Lisa A. Urso |
|---|---|
| Date | Deputy Clerk |