UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL YEBOAH-SEFAH,
    Pro Se, Petitioner

-vs-

EDWARD FICCO,
    Respondent

CIVIL ACTION NO.
04-CV-10125-RWZ

FILED
IN CLERKS OFFICE
2006 JUL -7 P 3: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR ASSIGNMENT OF ALTERNATIVE COUNSEL

The petitioner, acting pro se, in the above-captioned case, and with the assistant of prisoner law clerk, hereby moves this Honorable Court to allow him to dismiss his state's assigned counsel, Chauncey B. Wood, and to assign alternative counsel to represent him.

As reason for this motion, the petitioner presents the follows:

1. That since counsel was assigned by CPCS to represent petitioner on his state's post-conviction litigation, counsel's written submissions and filings have been gravely inadequate.

2. That petitioner had once filed pro se motion, again with the assistance of prisoner law clerk, to strike counsel's written submissions and filings and petitioner subsequently filed amended pleadings, as well as motion to dismiss counsel, however, the motion judge never rule on the said motions.

3. That it is petitioner's objective belief that his counsel's actions indicate that he is a co-prosecutor pretending to working for the petitioner's best interest -- while in fact, he is doing the opposite. The petitioner's objective belief

has created irremedable attorney-cliet relationship. E.g., when Supreme Judicial Court ("SJC") Single Justice denied leave to appeal Superior Court judge's adverse , G.L.c. 278 § 33E, counsel erroneously adviced the petitioner that he has full one year to return to this court -- advice if accepted, would have resulted a procedure default of the two issue being heard by this court. Moreover, petitioner strongly believe that Attorney wood is racially bias toward black race.

4. That petitioner, an alien-from Ghana, West Africa, with rudimentary understanding of the United States legal system.

5. That Attorney Wood recently advised petitioner he has not read the entire case and is familiar with only that potion of the record below that deals with the two (2) issues newly raised before the SJC on post-conviction attack.

7. That more specifically, petitoner continues to suffer from a major mental illnesses best diagnosed as schizo-affective disorder, and a major depression with psychotic features and presently taking four (4) potent psychotropic medications to treat his mental illness(es).

For the set out above, petitioner respectfully request that this Honorable Court allow this motion, which seeks to dismiss his state's assigned counsel, and further request to stay the time for filing of petitioner's memorandum in support of habeas corpus and/or whatever remedy that this Court deem just and appropriate.

                                                  Respectfully Submitted,

Dated: July 06, 2006  
                                            Daniel Yeboah-Sefah, pro se  
                                            Old Colony Correctional Center  
                                            One Administration Road  
                                            Bridgewater, MA 02324-3230

## CERTIFICATE OF SERVICE

I, Daniel Yeboah-Sefah, pro se petitioner, hereby certify that I have served a true copy of the petitioner's Motion For Assignment Of Alternative Counsel on: Assistant Attorney General, David M. Lieber at One Ashburton Place, Boston, MA 02108, and Chauncey B. Wood, petitioner's counsel of record at 47 Third Street, Suite 201, Cambridge, MA 02141, on this 6th Day of July, 2006, by First-Class Mail, postage prepaid.

                                                  Daniel Yeboah-Sefah, pro se