UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
Petitioner

v.

Edward Ficco,
Respondent

PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT
MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, Daniel Yeboah-Sefah respectfully moves this Court to extend the time within which he must file his memorandum of law to October 10, 2006.  His memorandum is currently due on August 11, 2006.  In support of this Motion, Petitioner states:

1. Since the Court set the briefing schedule in this case on June 7, 2006, petitioner's counsel has filed

   a. a very lengthy new trial motion (54 page memorandum of law, six affidavits) in a state murder case, Commonwealth v. Murrell, SJC No. 09531;

   b. a memorandum of law in support of a federal habeas petition in Junta v. Thompson, Civ. No. 06-10280-RCL; and

   c. an appellate brief in a direct appeal of a federal criminal conviction in United States v. Hood, USCA No. 05-2849 (1st Cir.).

2. The Petitioner is challenging a first degree murder conviction for which he was sentenced to life in prison without

1

the possibility of parole.

    3.   The State court proceedings upon which the federal habeas petition is based were very extensive.  There was a ten day jury trial and a five day evidentiary hearing on a new trial motion.  The defendant filed a 101 page memo of law in support of his first new trial motion (which did not include a 42 page statement of facts adduced at trial), a 125 page brief in support of the direct appeal, a seventy page pro se second new trial motion, a ten page supplemental memorandum of law in support of the second new trial motion, and a 33 page "gate-keeper petition" to the Single Justice Session of the SJC.  Based on this extensive record, the Petitioner has presented seven different grounds for relief in his habeas petition.

    4.   Counsel has begun drafting the habeas petition.  His first attempt at a draft which incorporated all of the federal claims alleged was over 125 pages long.  Counsel hopes to reduce the length of this memorandum to the greatest extent possible, but recognizes that this task will be very time-consuming, because he must consult closely with the Petitioner about revisions.

    5.   Undersigned counsel is counsel of record in eleven Massachusetts state court post-conviction cases involving felony charges: <u>Commonwealth v. Alebord</u>, 2005-P-00434 (second degree murder); <u>Commonwealth v. Companioni</u>, SJC No. 04936 (1st degree murder); <u>Commonwealth v. Fusi</u>, 2004-P-0544 (rape); <u>Commonwealth v.</u>

Hampton, Suffolk Sup. Ct. No. 99-11637 (1st degree murder); Commonwealth v. LeBeau, Berkshire Sup. Ct. No. 2002-00210 (1st degree murder); Commonwealth v. Lykus, SJC No. SJ 2006-056 (1st degree murder); Commonwealth v. Montez, SJC No. 07228 (1st degree murder); Commonwealth v. Murrell, SJC No. 09531 (1st degree murder); Commonwealth v. Omar-Ortiz, Appeals Court No. 2004-P-961 (2nd degree murder); Commonwealth v. Reeder, No. SUCR 2004-10334 (drug ditribution).  He is also counsel of record in four federal court post-conviction cases involving felony charges: United States v. Adamson, C.A. No. 05-1340 (drug distribution); Junta v. Thompson, Civ. No. 06-10280-RCL (manslaughter); United States v. Hood, USCA No. 05-2849 (1st Cir.) (child pornography); United States v. Maher, C.A. No. 05-1598 (drug possession with intent to distribute).  None of these cases have been resolved.  All of these cases require attention on an ongoing basis.

    4.  David Lieber, counsel for the Respondent, does not oppose this motion.

Dated: July 31, 2006                Respectfully Submitted,

/s/ Chauncey B. Wood
Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

## LOCAL RULE 7.1(A)(2) CERTIFICATION

 I certify that I have conferred in good faith with David Lieber, counsel for respondent, in this matter and he does not oppose this motion.

/s/ Chauncey B. Wood  
Chauncey B. Wood

## CERTIFICATE OF SERVICE

 I certify that this document, filed through the ECF system will be sent electronically to the registered partiocipants as identified on the Notice of Electronic Filing (NEF), including David Lieber, AAG, counsel for Respondent Edward Ficco in this matter.

/s/ Chauncey B. Wood  
Chauncey B. Wood
