UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
    Petitioner

v.

Edward Ficco,
    Respondent

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that Petitioner Daniel Yeboah-Sefah's Memorandum in Support of His Petition for Habeas Corpus has been filed manually with the Court pursuant to Local Rule 5.4(g)(1)(f), and is available in paper form only.  Because the Memorandum is 135 pages long, electronic filing is not practical.

Dated:   October 10, 2006         Respectfully Submitted,

/s/ Chauncey B. Wood
Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

1

## Certificate of Service

    I hereby certify that this document, which was filed on this date through the ECF system, will be sent electronically on this date to Scott Katz, counsel for the Respondent in this matter, Michael Thompson.


Date: October 10, 2006          /s/ Chauncey B. Wood
                                            Chauncey B. Wood