UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
Petitioner

v.

Edward Ficco,
Respondent

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that Petitioner Daniel Yeboah-Sefah's Supplemental Appendix has been filed manually with the Court pursuant to Local Rule 5.4(g)(1)(e), and is available in paper form only. Attached as exhibits to the Petitioner's Supplemental Appendix are the following materials that were originally filed in Commonwealth v. Henry Boateng, Worcester County Superior Court Criminal No. WOCR 1992-00656:

### Volume I

(A)   Defendant's Pro Se Motion for a New Trial

(B)   Defendant's Addendum to his Motion for a New Trial

(C)   Defendant's Supplemental Memorandum of Law in Support of his Motion for a New Trial

(D)   Affidavit of Marc A. Whaley, M.D. in Support of Defendant's Motion for a New Trial

(E)   Affidavit of Kenneth Littman in Support of Motion for a New Trial

(F)   Motion for Funds for a Psychiatric Expert

1

(G)      Affidavit of Chauncey B. Wood in Support of Motion for Funds for a Psychiatric Expert

(H)      Affidavit of Julia Reade, M.D., in support of Motion for Funds for a Psychiatric Expert

(I)      Defendant's Motion for an Evidentiary Hearing on His Motion for Post-Conviction Relief

(J)      Memorandum of Decision and Order on Defendant's Motion for New Trial

(K)      Transcript of Competency Hearing, February 24, 1994

(L)      Petitioner's Gate-Keeper Petitioner to the Single Justice of the Supreme Judicial Court, Pursuant to M.G.L. Ch. 278 § 33E

(M)      Opinion of Single Justice Denying Gate-Keeper Petition

## **Volume II**

(N)      Petitioner's Bridgewater State Hospital Records from May 1994 to November 10, 1995

Dated: October 10, 2006      Respectfully Submitted,

/s/ Chauncey B. Wood
Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

Certificate of Service

     I hereby certify that this document, which was filed on this date through the ECF system, will be sent electronically on this date to Scott Katz, counsel for the Respondent in this matter, Michael Thompson.

Date: October 10, 2006      /s/ Chauncey B. Wood
     Chauncey B. Wood