UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL YEBOAH-SEFAH,                )
                                    )
       Petitioner,                  )
v.                                  )   Civil Action No. 04-10125-RWZ
                                    )
EDWARD FICCO,                       )
                                    )
       Respondent.                  )
_____ )

**RESPONDENT'S MOTION TO AMEND SCHEDULING ORDER**

Respondent moves that the court's June 2, 2006, briefing order be amended to permit respondent until December 15, 2006, to file a memorandum in opposition to the petition. In support of the motion respondent states that:

1.   On June 2, 2006, this court entered a briefing order requiring that petitioner file his merits memorandum by August 11, 2006, and that respondent file his response by September 15, 2006.

2.   On petitioner's motion, the court extended petitioner's briefing deadline sixty days to October 10, 2006, and petitioner's memorandum was filed on that date.

3.   Because the original date for a response passed before petitioner's brief was filed, respondent requests that the court enter a new date for his merits brief to be due, and suggests that December 15, 2006, would be an appropriate deadline.

For these reasons, respondent respectfully requests that this motion be allowed and that the deadline for respondent file a brief in opposition to the petition be set to December 15, 2006.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: November 14, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on petitioner November 14, 2006, by complying with this court's directives on electronic filing.

                                                  /s/ David M. Lieber