# SHEA, LaROCQUE & WOOD, LLP
47 THIRD STREET, SUITE 201
CAMBRIDGE, MASSACHUSETTS 02141-1265

MARK W. SHEA
JEAN C. LaROCQUE
CHAUNCEY B. WOOD*
AUSTIN C. TZENG

TEL 617.577.8722
FAX 617.577.7897

January 17, 2007

The Honorable Rya W. Zobel
United States Courthouse
One Courthouse Way
Boston, MA 02210

Re:   **Yeboah-Sefah v. Ficco**
      No. 04-CV-10125-RWZ

Dear Judge Zobel:

I write to urge the Court to take whatever action is appropriate to compel the Commonwealth to file its Opposition in the above-referenced habeas corpus matter. On June 2, 2006, this Court entered a briefing order requiring that Petitioner file his memorandum of law on the merits of his habeas corpus petition by August 11, 2006 and the Respondent to file its opposition thirty-five (35) days later, by September 15, 2006. On Petitioner's motion, the court extended Petitioner's briefing deadline sixty (60) days to October 10, 2006. Petitioner filed his memorandum on that date.

Thirty-five days later, on November 14, 2006, Respondent's counsel filed a motion to amend the scheduling order. He asked the court to extend the date by which his opposition was due by an additional thirty-one days to December 15, 2006 (Docket # 32). The Petitioner took no position on this request. You never ruled on the motion.

The Respondent did not file any opposition on December 15, 2006. On that date I called Respondent's counsel, David Lieber and asked him whether he planned to file an opposition and if so when. Mr. Lieber indicated that he did plan to file an opposition but that he had been delayed because of an illness. He indicated that he would file his opposition by December 21st, 2006, "at the latest." Based on this representation, I took no action on Mr. Lieber's failure to file an opposition by December 15th, the date he had requested of the court. Despite his promise, Mr. Lieber did not file any opposition on December 21st. I called Mr. Lieber's office on December 22nd to inquire and received a recorded message that Mr. Lieber was out of the office until December 28th. Later that day, I spoke to his colleague, Assistant Attorney General Randy Ravitz. I explained the situation and asked Mr. Ravitz to inquire when or if Mr. Lieber intended to file an opposition. Mr. Ravitz promised to look into the matter. Mr. Ravitz called me later

*ALSO ADMITTED IN NEW YORK AND THE DISTRICT OF COLUMBIA

that day and informed him that he had spoken with Mr. Lieber. He indicated that Mr. Lieber did intend to file an opposition and that he would do so by no later than the end of that day, December 22nd. Based on that representation, I again took no action on Mr. Lieber's failure to file an opposition by December 15th, the date he had requested of the court. Mr. Lieber did not file his opposition by the end of the day on December 22nd, 2006.

On December 26th, Mr. Lieber filed a Second Motion to Amend the Scheduling Order, in which he asked that the Court allow him to file an opposition by January 2, 2007 (Docket #35). In response, I filed a formal Opposition (Docket # 36). You never ruled on this second motion.

Notwithstanding his request to file his opposition by January 2, 2007, Mr. Lieber did not file his opposition on that date. As a result, I contacted him on January 3rd and inquired about the status of his opposition. He responded that he intended to file his opposition by January 10th, 2007. He did not file his opposition by that date either.

Based on your last scheduling order, Mr. Lieber's opposition was due 35 days after I filed my memorandum of law on October 10, 2006. Therefore, Mr. Lieber's opposition is now more than three months late. Given Mr. Lieber's failure to file his opposition in a timely manner, or even when he represented to fellow counsel that he would file it, I respectfully request that you set a firm deadline for Mr. Lieber to file his opposition so that this case may move forward in an expeditious manner.

Sincerely,

/s/ Chauncey B. Wood

CBW/ps

cc:   AAG David M. Lieber
      Daniel Yeboah-Sefah