UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
DANIEL YEBOAH-SEFAH,              )
                                 )
        Petitioner,              )
v.                               )        Civil Action No. 04-10125-RWZ
                                 )
EDWARD FICCO,                    )
                                 )
        Respondent.              )
_____)

### RESPONDENT'S MOTION FOR RECONSIDERATION
### AND TO PERMIT RESPONDENT TO FILE A BRIEF WITHIN FIVE DAYS

Respondent moves that the court reconsider its order of January 18, 2007, that it will consider the petition without respondent's brief, and instead permit respondent to file a brief by January 23, 2007. In support thereof, respondent states that:

1.      The instant petition was filed on January 21, 2004, together with a motion to stay the petition.

2.      Respondent responded to the petition with a motion to dismiss and memorandum of law supporting dismissal and opposing a stay on March 29, 2004, as well as three volumes of the state court record.

3.      On April 1, 2004, petitioner requested until April 30 to respond to the motion to dismiss, and, on April 29, requested until June 30, 2004.

4.      On May 5, 2004, the court granted petitioner until June 1, 2004, to respond to the motion to dismiss (and to specify whether current counsel would continue in the case).

5.      On June 1, 2004, counsel moved to withdraw.

6.      On June 16, petitioner filed a second motion to stay the petition.

7.    On June 28, 2004, the court granted the motion to stay, and ordered that petitioner file status reports every three months, beginning on September 1, 2004.

8.    Petitioner's first status report was filed more than ten months later, on May 20, 2005.

9.    His second status report was filed eight months later, on January 25, 2006.

10.    Petitioner's final status report was filed four months later, on May 31, 2006, together with a motion to amend the petition.

11.    On June 5, 2006, the court granted petitioner's motion to amend, and respondent answered the amended petition on June 11, 2006.

12.    On June 7, 2006, the court entered a Briefing Order that "Any pleadings by plaintiff on or before 8/11/06; defendant's responses by 9/15/06."

13.    However, on July 31, 2006, petitioner asked for and received an extension to October 10, 2006, to file his merits brief.

14.    Petitioner thus had approximately 124 days to prepare his merits brief, which is more than 100 pages in length.

15.    Because the original date file respondent's responsive brief had passed during petitioner's extension, respondent moved on November 11, and again on December 26, 2006, for an order setting a deadline for respondent's brief.

16.    Neither motion was ruled on until January 18, when the court ruled that it would consider the petition without briefing from respondent.

17.    To date, respondent has had fewer than 100 days to respond to petitioner's brief, and has violated no court-ordered briefing deadline.

18.     Virtually all the delay in the progress of this case is attributable to petitioner, and

petitioner frequently violated this court's scheduling orders regarding filing of status reports.

19.     Under these circumstances, it would be inequitable to refuse to accept briefing from

respondent, without giving respondent warning as to when a brief was to be filed, especially where

respondent has had significantly less time to brief the case than petitioner.

For these reasons, respondent respectfully requests that the court reconsider its order of

January 18, 2007 and to permit respondent to file a brief within the next five days.


Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: January 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on petitioner January 18,
2007, by complying with this court's directives on electronic filing.

/s/ David M. Lieber