UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

NO. 04-CV-10125-RWZ

DANIEL YEBOAH-SEFAH,
Petitioner.

v.

EDWARD FICCO,
Respondent.

RECONSIDERATION MOTION FOR NEW APPOINTMENT OF COUNSEL
OR, IN ALTERNATIVE TO PROCEED WITH SELF-REPRESENTATION

   Comes now the Petitioner, Daniel Yeboah-Sefah, acting pro se, and with the assistance of a prisoner law clerk, moves this Honorable Court to reconsider his Motion for New Appointment of Cousel, filed on or before July 10, 2006, and denied by this Court on or before July 28, 2006.

   In support of this motion, Petitioner states that his attorney-client relationship continued to deteriorate -- and that there is complete  breakdown of attorney-client communication, as well as irreconcilable conflict of interest. (See exhibits "A", "B", & "B-1" attached). The petitioner further states that he has been inflicted with severe and debilitating mental illness since at least 1998, is currently prescribed various psychotropic medications on daily basis, and requires a guiding hand of counsel to assist him regarding the above-captioned and numbered case. Furthermore, should this Court denies petitioner's request, it should forthwith allow him to represent himself.

   For all the reasons stated herein, Petitioner respectfully

-2-

requests that this Court grant his Motion for New Appointment of counsel or, in Alternative to Proceed with Self-Representation and/or whatever remedy that this Court may deem appropriate or just.

>Respectfully Submitted,

>/s/ Daniel Yeboah-Sefah
>Daniel Yeboah-Sefah
>Old Colony Corr. Center
>1 Administration Road
>Bridgewater, MA 02324

Dated: February 22, 2007

## CERTIFICATE OF SERVICE

I, Daniel Yeboah-Sefah, Petitioner, hereby certify that on this twenty-second day of February, 2007, I have served a true copy of the above document upon the Assistant Attorney General, David M. Lieber, 1 Ashburton Place, Boston, Massachusetts 02108, by United States postal service, first-class mail, postage pre-paid.

>/s/ Daniel Yeboah-Sefah