Daniel Yeboah-Sefah
Old Colony Correct'l Center
One Administration Road
Bridgewater, MA 02324

February 20, 2007

Chauncey B. Wood, Esquire
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA 02141

RE: DANIEL YEBOAH-SEFAH V. EDWARD FICCO
CIVIL ACTION NUMBER 04-CV-10125-RWZ

Dear Mr. Wood:

I am in receipt of your letter dated on February 14, 2007, alleging that you are afraid you cannot agree with my reasoning that Von Moltke and Atley are helpful to me. After further research, I find you are patently wrong yet again regarding the applicability of Von Moltke and among other doctrine of precedents. See e.g., Shafer v. Bowersox, 329 F.3d 637, 651 (8th Cir. 2003). While it is true that the Eighth Circuit Court of Appeals did not cite Von Moltke or Zuck, it did however, affirmed the district court's finding of facts and law. See, Atley v. Ault, 21 F.Supp.2d 949 (S.D.Iowa 1998); affirmed Atley v. Ault, 191 F.3d 865 (8th Cir. 1999). See, also, McCambridge v. Hall, 303 F.3d 24, 36-37 (1st Cir. 200). Though Von Moltke deals with waiver of counsel and guilty plea, as you commented. Nonetheless, Mr. Justice Black in his opinion asserted that,"The right to counsel guaranteed by the Constitution contemplates the services of an attorney devoted solely to the interests of his client." Von Moltke v. Gillies, 332 U.S. 708, 725, 68 S.Ct. 316, 324 (1948), citing Glasser v. United States, 315 U.S. 60, 70, 62 S.Ct. 457, 465 (1942). Moreover, Mr. Justice Pratt, District Court, emphatically averred that, "To hold that Von Moltke stands only for the proposition that those currently on the government roles cannot fulfull the constituitonal requirement of counsel for the defense, would exalt form over substance." Atley, 21 F.SUpp.2d at 958. It is unmistakably clear that your reasoning is precisely what the government unsuccessfully argued before the Eighth Circuit Court of Appeals. Shafer, 329 F.3d at 651.

In light of your recently erroneous legal advice, I find it necessary to terminate you from my case -- and no further communication of any kind would be accepted.

Kindly govern yourself accordingly.

Sincerely,

Daniel Yeboah-Sefah

cc: Ms. Justice Zobel
    Donald Bronstein, Esq., (CPCS)
    File