Daniel Yeboah-Sefah
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324-3230

February 27, 2007

Justice Rya W. Zobel
U.S. District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Daniel Yeboah-Sefah v. Eward Ficco
    Civil Action Number   04-10125-RWZ

Dear Ms. Justice Zobel:

Please accept this letter as a request in obtaining your assistance regarding the above-referenced matter.

More specifically, on Tuesday, February 20, 2007, I sent a copy of a letter terminating my counsel, Chauncey B. Wood, to this court's attention. On Thursday, February 22, 2007, some two days later, I filed a motion with your court requesting, to wit: Reconsideration Motion for New Appointment of Counsel or, in Alternative to Proceed Self-representation.

On or about Friday, February 23, 2007, I have had an extensive discussion with Mr. Wood regarding my dissatisfaction as to the manner he is proceeding with my capital case. During this Discussion, Mr. Wood and I agreed that there has been some misunderstanding between us, nevertheless, we were able to overcome our differences at that juncture.

In light of the latest developments, I would like to have Mr. Wood continue to act as my counsel in the matter presently before this court. Haven said so, I respectfully request that this court disregard my motion for appointment of a new counsel or, in alternative to proceed with self-representation.

Sincery,

Daniel Yeboah-Sefah

cc: Chauncey B. Wood, Esquire
    David M. lieber, A.A.G.
    File