**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**No. 04-CV-10125-RWZ**

**Daniel Yeboah-Sefah,
Petitioner**

**v.**

**Edward Ficco,
Respondent**

**Motion for Leave to File Reply to Respondent's
Opposition to Petition for Writ of Habeas Corpus**

Petitioner moves, pursuant to Local Rule 7.1(b)(3), for leave to file a reply to the government's Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus. In support of this Motion, the Petitioner states:

1. He was convicted of one count of first degree murder, and several related charges, and sentenced to life in prison without the possibility of parole.

2. He has raised several serious federal issues in his habeas petition including an allegation that he did not make a knowing, intelligent and voluntary waiver of his attorney's admitted conflict of interest.

3. Mr. Boateng seeks to make only two points in his reply. He believes a brief elucidation of these points will be beneficial to the Court and will further the ends of justice.

1

Dated:                                    Respectfully Submitted,

/s/ Chauncey B. Wood
Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

### Certificate of Service

I hereby certify that this document, which was filed on this date through the ECF system, will be sent electronically on this date to David Lieber, counsel for the Respondent in this matter, Edward Ficco.

Date: March 6, 2007                      /s/ Chauncey B. Wood
                                                         Chauncey B. Wood