# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL YEBOAH-SEFAH,                )
                                    )
          Petitioner,               )
v.                                  )          Civil Action No. 04-10125-RWZ
                                    )
EDWARD FICCO,                       )
                                    )
          Respondent.               )
_____)

## SUBSTITUTION OF APPEARANCE

Please substitute the appearance of the undersigned as counsel for the Respondent in the above-captioned matter in place of David M. Lieber, who has resigned from the Office of the Attorney General.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ *David T. Huang*
David T. Huang (BBO # 665523)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2924
david.huang@state.ma.us

ATTORNEYS FOR RESPONDENT

September 12, 2007