UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANIEL YEBOAH-SEFAH** <br> **Petitioner** <br><br> V. <br><br> **EDWARD FICCO ET AL** <br> **Respondent** | **CIVIL ACTION** <br><br> **NO. 04CV10125-RWZ** |

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the Court's MEMORANDUM OF DECISION AND ORDER; Judgment is entered dismissing the petition.

By the Court,

| | |
|---|---|
| 9/13/07 | s/ Lisa A. Urso |
| Date | Deputy Clerk |