UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
    Petitioner

v.

Edward Ficco,
    Respondent

## Motion for Reconsideration of Judgement of Dismissal

The Petitioner in the above-referenced matter hereby moves this Court, pursuant to Fed. R. Civ. P. 59(b) and (e), to reconsider its Judgement entered on September 13, 2007, dismissing his petition (Document #50).

In support of this Motion, the Petitioner notes that on March 6, 2007, he filed a Motion for Leave to File a Reply to the Commonwealth's Opposition to his Memorandum of Law (Document #44). At the same time he filed a Reply to the Commonwealth's Opposition to his Memorandum of Law (Document #45), in which he raised two issues relevant to his habeas petition and this Court's memorandum of Decision and Order (Document #49).

According to the docket, this Court never ruled on the Petitioner's Motion for Leave to File a Reply. In fact, an entry on the docket dated March 7, 2007, states as follows, "Notice of correction to docket made by Court staff. Correction: #45 Reply

1

corrected because: Premature Filing. Motion for leave has not been granted."

Because this Court never granted the Petitioner leave to file his reply, it appears that the Court did not consider his reply prior to issuing its decision dismissing the Petition. This conclusion is supported by the fact that the Court makes no reference in its memorandum of decision and order to the cases or arguments raised by Petitioner in his Reply memorandum.

Accordingly, Petitioner requests that this Court grant his motion for leave to file a reply, review his reply and then reconsider its judgement dismissing the habeas petition in light of the arguments raised in Petitioner's reply memorandum.

Dated:   September 17, 2007         Respectfully Submitted,


                                    /s/ Chauncey B. Wood
                                    Chauncey B. Wood, BBO# 600354
                                    Shea, LaRocque & Wood, LLP
                                    47 3rd Street, Suite 201
                                    Cambridge, MA 02141
                                    Tel. (617) 577-8722