UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 04-CV-10125-RWZ

Daniel Yeboah-Sefah,
    Petitioner

v.

Edward Ficco,
    Respondent

NOTICE OF APPEAL

The Petitioner in the above-referenced matter hereby notifies the Court of his intention to appeal the district court judgement dismissing the petition in this matter (Document #50) to the First Circuit of the United States Court of Appeals. More specifically, the Petitioner seeks a Certificate of Appealability on each of the issues he raised in his Petition and the Amendment to his Petition.

Dated:

Respectfully Submitted,

/s/ Chauncey B. Wood
Chauncey B. Wood, BBO# 600354
Shea, LaRocque & Wood, LLP
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722

1