## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number :  04-cv-10125

Daniel Yeboah-Sefah

v.

Edward Ficco

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-52

and contained in I-V Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   10/9/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 17, 2007.

Sarah A Thornton, Clerk of Court

By: _Caule kamos_

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _10/17/07_ .

_Darchark_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____