APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10125-RWZ

Yeboah-Sefah v. Ficco  
Assigned to: Judge Rya W. Zobel  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 01/21/2004  
Date Terminated: 09/13/2007  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Daniel Yeboah-Sefah**  
*formerly known as*  
Henry K. Boateng

represented by **Daniel Yeboah-Sefah**  
Souza-Baranowski Correctional Center  
P.O. Box 8000  
Shirley, MA 01464  
PRO SE

**Chauncey B. Wood**  
Shea, La Rocque & Wood, LLP  
47 3rd Street  
Suite 201  
Cambridge, MA 02141  
617-577-8722  
Fax: 617-577-7897  
Email: cwood@SLRW.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Daniel Yeboah-Sefah**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kenneth G. Littman**  
Peppard & Littman  
251 Cherry Street  
Fall River, MA 02720  
508-675-8900  
Fax: 508-678-1329  
Email: attyatlawn@aol.com  
*TERMINATED: 06/28/2004*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 01/26/2004 | | ***Attorney William J. Meade for Edward Ficco added. (Johnson, Jay) (Entered: 01/26/2004) |
| 02/24/2004 | 3 | NOTICE of Appearance by David M. Lieber on behalf of Edward Ficco (Lieber, David) (Entered: 02/24/2004) |
| 02/24/2004 | 4 | Consent MOTION for Extension of Time to March 29, 2004 to File Answer re 1 Petition for writ of habeas corpus (28:2254), 2 MOTION to Stay by Edward Ficco.(Lieber, David) (Entered: 02/24/2004) |
| 03/29/2004 | 5 | MOTION to Dismiss by Edward Ficco.(Lieber, David) (Entered: 03/29/2004) |
| 03/29/2004 | 6 | MEMORANDUM OF LAW by Edward Ficco to 2 MOTION to Stay, 5 MOTION to Dismiss. (Lieber, David) (Entered: 03/29/2004) |
| 03/30/2004 | 7 | SUPPLEMENTAL APPENDIX (Volume 1) by Edward Ficco. (Johnson, Jay) (Entered: 03/30/2004) |
| 03/30/2004 | 8 | SUPPLEMENTAL APPENDIX (Volume 2) by Edward Ficco. (Johnson, Jay) (Entered: 03/30/2004) |
| 03/30/2004 | 9 | SUPPLEMENTAL APPENDIX (Volume 3) by Edward Ficco. (Johnson, Jay) (Entered: 03/30/2004) |
| 03/30/2004 | 10 | NOTICE of Supplemental Appendix by Edward Ficco re 7 Appendix, 8 Appendix, 9 Appendix (Johnson, Jay) (Entered: 03/30/2004) |
| 04/01/2004 | 11 | (Assented to) MOTION for Extension of Time to 4/30/04 to File Response/Reply as to 5 MOTION to Dismiss by Daniel Yeboah-Sefah. (Johnson, Jay) (Entered: 04/05/2004) |
| 04/09/2004 | 12 | SUPPLEMENTAL MEMORANDUM in Support re 2 MOTION to Stay, 5 MOTION to Dismiss filed by Edward Ficco. (Johnson, Jay) (Entered: 04/13/2004) |
| 04/09/2004 | 13 | SECOND SUPPLEMENTAL APPENDIX by Edward Ficco. (Johnson, Jay) (Entered: 04/13/2004) |
| 04/22/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 4 Motion for Extension of Time to Answer re 4 Consent MOTION for Extension of Time to March 29, 2004 to File Answer re 1 Petition for writ of habeas corpus (28:2254), 2 MOTION to Stay, 5 MOTION to Dismiss Edward Ficco., granting 11 Motion for Extension of Time to File Response/Reply re 4 Consent MOTION for Extension of Time to March 29, 2004 to File Answer re 1 Petition for writ of habeas corpus (28:2254), 2 MOTION to Stay, 5 MOTION to Dismiss Responses due by 4/30/2004 (Urso, Lisa) (Entered: 04/22/2004) |
| 04/29/2004 | 14 | MOTION for Extension of Time to 6/30/04 to File Response/Reply to motion to dismiss by Daniel Yeboah-Sefah.(Urso, Lisa) (Entered: 05/03/2004) |
| 05/05/2004 | 15 | Judge Rya W. Zobel : Order ORDER entered granting 14 Motion for Extension of Time to File Response/Reply re 5 MOTION to Dismiss, 2 |

| | | |
|---|---|---|
| | | MOTION to Stay Responses due by 6/1/2004. Accordingly, the motion for extension of time is allowed to the extent that counsel shall inform the court by 6/1/04, whether he can continue in the case. (Urso, Lisa) (Entered: 05/05/2004) |
| 06/01/2004 | 16 | MOTION to Withdraw as Attorney by Daniel Yeboah-Sefah.(Johnson, Jay) (Entered: 06/02/2004) |
| 06/16/2004 | 17 | MOTION to Stay by Daniel Yeboah-Sefah.(Johnson, Jay) (Entered: 06/17/2004) |
| 06/28/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 2 Motion to Stay, granting 16 Motion to Withdraw as Attorney., granting 17 Motion to Stay. Petitioner shall file a progress report every 3 months beginning with Sept. 1, 2004. (Urso, Lisa) (Entered: 06/28/2004) |
| 06/28/2004 | | *** Attorney Kenneth G. Littman terminated. (Urso, Lisa) (Entered: 06/28/2004) |
| 08/04/2004 | | Motions moot: 5 MOTION to Dismiss filed by Edward Ficco. (Urso, Lisa) (Entered: 08/04/2004) |
| 09/10/2004 | 18 | NOTICE of Appearance by Chauncy B. Wood on behalf of Daniel Yeboah-Sefah (Johnson, Jay) (Entered: 09/14/2004) |
| 05/20/2005 | 19 | STATUS REPORT by Daniel Yeboah-Sefah. (Johnson, Jay) (Entered: 05/24/2005) |
| 01/25/2006 | 20 | STATUS REPORT by Daniel Yeboah-Sefah. (Attachments: # 1 ECF Mandatory Filing Notice)(Johnson, Jay) (Entered: 01/26/2006) |
| 02/16/2006 | | Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re 20 Status Report filed by Daniel Yeboah-Sefah.NOTED (Urso, Lisa) (Entered: 02/17/2006) |
| 02/24/2006 | | Mail Returned as Undeliverable. Mail sent to Daniel Yeboah-Sefah (Urso, Lisa) (Entered: 02/24/2006) |
| 05/31/2006 | 21 | STATUS REPORT by Daniel Yeboah-Sefah. (Wood, Chauncey) (Entered: 05/31/2006) |
| 05/31/2006 | 22 | First MOTION to Amend *Petition filed under 28 USC s 2254* by Daniel Yeboah-Sefah.(Wood, Chauncey) (Entered: 05/31/2006) |
| 06/05/2006 | | Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re 21 Status Report filed by Daniel Yeboah-Sefah.NOTED (Urso, Lisa) (Entered: 06/06/2006) |
| 06/05/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 22 Motion to Amend. Treating this as a motion to amend the petition, it is allowed. (Urso, Lisa) (Entered: 06/06/2006) |
| 06/07/2006 | 23 | Judge Rya W. Zobel : Briefing ORDER entered. (Urso, Lisa) (Entered: 06/07/2006) |

| | | |
|---|---|---|
| 06/12/2006 | 24 | RESPONSE/ANSWER to *Amended Petition for Habeas Corpus* by Edward Ficco. (Lieber, David) (Entered: 06/12/2006) |
| 07/07/2006 | 25 | MOTION to Appoint Alternative Counsel by Daniel Yeboah-Sefah. (Johnson, Jay) (Entered: 07/10/2006) |
| 07/27/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 25 Motion to Appoint Counsel. Petitioner is entitled to dismiss his counsel at any time and does not need the court's permission, although counsel appears to have withdrawn. The motion for appojntment of other counsel is denied. (Urso, Lisa) (Entered: 07/28/2006) |
| 07/31/2006 | 26 | Assented to MOTION for Extension of Time to 10/10/2006 to File *Memorandum in Support of Habeas Corpus Petition* by Daniel Yeboah-Sefah.(Wood, Chauncey) (Entered: 07/31/2006) |
| 08/02/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 26 Motion for Extension of Time to File. 10/10/06 to file memorandum. (Urso, Lisa) (Entered: 08/02/2006) |
| 10/10/2006 | 27 | NOTICE by Daniel Yeboah-Sefah *of manual filing of memorandum of law in support of habeas petition* (Wood, Chauncey) (Entered: 10/10/2006) |
| 10/10/2006 | 28 | NOTICE by Daniel Yeboah-Sefah *of manual filing of Supplemental Appendix* (Wood, Chauncey) (Entered: 10/10/2006) |
| 10/10/2006 | 30 | SUPPLEMENTAL APPENDIX (Volume 1) re 1 Petition for writ of habeas corpus (28:2254) by Daniel Yeboah-Sefah. (Unscanned document is a bound booklet) (Johnson, Jay) (Entered: 10/11/2006) |
| 10/10/2006 | 31 | SUPPLEMENTAL APPENDIX (Volume 2) re 1 Petition for writ of habeas corpus (28:2254) by Daniel Yeboah-Sefah. (Unscanned, document is a bound booklet) (Johnson, Jay) (Entered: 10/11/2006) |
| 10/11/2006 | 29 | MEMORANDUM OF LAW by Daniel Yeboah-Sefah to 1 Petition for writ of habeas corpus (28:2254). (Unscanned filing is a bound booklet) (Johnson, Jay) (Entered: 10/11/2006) |
| 11/14/2006 | 32 | MOTION to Amend 23 Order *Setting Briefing Schedule* by Edward Ficco.(Lieber, David) (Entered: 11/14/2006) |
| 12/12/2006 | 33 | SECOND SUPPLEMENTAL RESPONSE/ANSWER to 1 Petition for writ of habeas corpus (28:2254) by Edward Ficco. (3 Transcripts Parts I II and III) (Johnson, Jay) (Entered: 12/13/2006) |
| 12/13/2006 | 34 | THIRD SUPPLEMENTAL APPENDIX re 33 Response to Petition for Writ of Habeas Corpus - 2254 by Edward Ficco. (bound booklet) (Johnson, Jay) (Entered: 12/13/2006) |
| 12/26/2006 | 35 | Second MOTION to Amend 23 Order *Setting Briefing Schedule* by Edward Ficco.(Lieber, David) (Entered: 12/26/2006) |
| 12/26/2006 | 36 | Opposition re 35 Second MOTION to Amend 23 Order *Setting Briefing Schedule* filed by Daniel Yeboah-Sefah. (Wood, Chauncey) (Entered: |

| | | |
|---|---|---|
| | | 12/26/2006) |
| 01/17/2007 | 37 | Letter/request (non-motion) from Chauncey B. Wood *regarding Respondent's non-filing of opposition.* (Wood, Chauncey) (Entered: 01/17/2007) |
| 01/18/2007 | | Judge Rya W. Zobel : endorsedORDER entered granting 35 Motion to Amend, nunc pro tunc. However, no brief has been filed as of this date. The court will consider the petition without respondent's brief. (Urso, Lisa) (Entered: 01/18/2007) |
| 01/18/2007 | 38 | MOTION for Reconsideration *of Court's Order of January 18 and to Permit Respodent to File a Brief Within Five Days* by Edward Ficco. (Lieber, David) (Entered: 01/18/2007) |
| 01/23/2007 | 39 | Opposition re 38 MOTION for Reconsideration *of Court's Order of January 18 and to Permit Respodent to File a Brief Within Five Days* filed by Daniel Yeboah-Sefah. (Wood, Chauncey) (Entered: 01/23/2007) |
| 01/23/2007 | 40 | MEMORANDUM OF LAW by Edward Ficco. (Lieber, David) (Entered: 01/24/2007) |
| 02/01/2007 | | Judge Rya W. Zobel : endorsedORDER entered granting 38 Motion for Reconsideration. Respondent shall file his brief by 1/23/07. (Urso, Lisa) (Entered: 02/01/2007) |
| 02/08/2007 | 41 | MOTION to supplement pleading by Daniel Yeboah-Sefah.(Johnson, Jay) (Entered: 02/12/2007) |
| 02/26/2007 | 42 | MOTION for Reconsideration re Order on Motion to Appoint Counsel, by Daniel Yeboah-Sefah. (Attachments: # 1 Exhibit A B# 2 Letter to Mr Wood)(Johnson, Jay) (Entered: 02/27/2007) |
| 03/05/2007 | 43 | Letter/request (non-motion) from Daniel Yeboah-Sefah regarding Mr Wood as Counsel. (Johnson, Jay) (Entered: 03/05/2007) |
| 03/06/2007 | 44 | First MOTION for Leave to File *Reply to Commonwealth's Opposition to Memorandum of Law* by Daniel Yeboah-Sefah.(Wood, Chauncey) (Entered: 03/06/2007) |
| 03/06/2007 | 45 | First REPLY to Response to Motion re 44 First MOTION for Leave to File *Reply to Commonwealth's Opposition to Memorandum of Law Reply to Commonwealth's Opposition to Memorandum of Law* filed by Daniel Yeboah-Sefah. (Wood, Chauncey) (Entered: 03/06/2007) |
| 03/07/2007 | | Notice of correction to docket made by Court staff. Correction: #45 Reply corrected because: Premature Filing. Motion for leave has not been granted. E-mail sent describing the fix. (Johnson, Jay) (Entered: 03/07/2007) |
| 03/07/2007 | | Judge Rya W. Zobel : ELECTRONIC ENDORSEMENT re 43 Letter/request (non-motion) Noted, plaintiff's motions concerning counsel, #25 & #42 are deemed withdrawn. (Urso, Lisa) (Entered: 03/08/2007) |

| 03/07/2007 | ⬤ | Judge Rya W. Zobel : Electronic ORDER entered withdrawing 42 Motion for Reconsideration & 25 (Urso, Lisa) (Entered: 03/08/2007) |
|---|---|---|
| 05/30/2007 | ⬤46 | Letter/request (non-motion) from Chauncey B. Wood *Regarding Supplemental Authority*. (Wood, Chauncey) (Entered: 05/30/2007) |
| 09/10/2007 | ⬤47 | Letter/request (non-motion) from Attorney Chauncey B. Wood *Regarding Supplemental Authority*. (Wood, Chauncey) (Entered: 09/10/2007) |
| 09/12/2007 | ⬤48 | NOTICE of Appearance by David T. Huang on behalf of Edward Ficco (Huang, David) (Entered: 09/12/2007) |
| 09/13/2007 | ⬤49 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM OF DECISION AND ORDER: The petition for writ of habeas corpus is DENIED. Judgment may be entered dismissing the petition.(Urso, Lisa) (Entered: 09/13/2007) |
| 09/13/2007 | ⬤50 | Judge Rya W. Zobel : ORDER entered. JUDGMENT entered dismissing the petition. (Urso, Lisa) (Entered: 09/13/2007) |
| 09/17/2007 | ⬤51 | First MOTION for Reconsideration re 50 Judgment *of Dismissal* by Daniel Yeboah-Sefah.(Wood, Chauncey) (Entered: 09/17/2007) |
| 10/05/2007 | ⬤ | Judge Rya W. Zobel : endorsedORDER entered granting 51 Motion for Reconsideration. Motion for leave to file reply brief #44 allowed. Upon reconsideration, the court adheres to its ruling and judgment. (Urso, Lisa) (Entered: 10/05/2007) |
| 10/09/2007 | ⬤52 | NOTICE OF APPEAL as to 50 Judgment by Daniel Yeboah-Sefah NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 10/29/2007. (Wood, Chauncey) (Entered: 10/09/2007) |