UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10125-RWZ

DANIEL YEBOAH-SEFAH

v.

EDWARD FICCO

<u>CERTIFICATE OF APPEALABILITY</u>
October 25, 2007

ZOBEL, D.J.

    Petitioner requests a certificate of appealability to enable him to seek review of this court's order dismissing his petition for a writ of habeas corpus.

    Petitioner was convicted on a number of charges that arose out of the killing of a small child and an attack on the child's mother. In the petition he claimed constitutional errors from the ineffective representation by counsel in that counsel had a conflict of interest and in several respects failed to live up to constitutional standards. Counsel allegedly failed to challenge the admissibility of certain pretrial statements, failed to call a medical expert and elicit an opinion concerning petitioner's competency and mental state and failed to object to erroneous instructions to the jury. Although I disagreed with his analysis, the issues petitioner raised are not free from doubt and other judges might well come to a different conclusion.

Accordingly, the request for a certificate of appealability is granted as to all of the issues raised in the petition.

|   October 25, 2007   | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |