No. 04-CV-10125-RWZ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL YEBOAH-SEFAH, a/k/a Henry K. Boateng
Petitioner/Appellant

v.

EDWARD FICCO,
Respondent/Appellee

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The Appellant asks leave to pursue this appeal without prepayment of costs and to proceed *in forma pauperis*.

Appellant has previously been found indigent in this case and received appointed counsel from the Massachusetts Committee for Public Counsel Services.

An Affidavit of Indigency is attached to this Motion.

Daniel Yeboah-Sefah
By His Attorney:

Date: 11-21-07

CHAUNCEY B. WOOD
1st Cir. Bar. No. 88135
Shea, LaRocque & Wood
47 3rd Street, Suite 201
Cambridge, MA 02141
Tel. (617) 577-8722