**Affidavit to Accompany**
**Motion for Leave to Appeal in Forma Pauperis**

District Court No. _O4-CV-10125-RWZ_
Appeal No. _O7-2585_

Daniel Yeboah-Sefah

v.

Edward Ficco

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>Date: _____ |

My issues on appeal are:
1. No waiver of conflict of interest
2. Ineffective Assistance of Counsel
3. Denial of Competency Hearing
4. Violation of Due Process by State Court

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 160.00 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| **Gifts** | $ 20 | $ N/A | $0 · 20 | $ N/A |
| **Alimony** | $ 0 | $ N/A | $ 0 | $ N/A |
| **Child support** | $ None | $ N/A | $ None | $ N/A |
| **Retirement (such as social security, pensions, annuities, insurance** | $ None | $ N/A | $ None | $ N/A |
| **Disability (such as social security, insurance payments)** | $ None | $ N/A | $ None | $ N/A |
| **Unemployment payments** | $ None | $ N/A | $ None | $ N/A |
| **Public-assistance (such as welfare)** | $ None | $ N/A | $ None | $ N/A |
| **Other (specify):** None | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total Monthly income:** | $ 20 | $ N/A | $ 20 · 00 | $ N/A |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| D · O · C | 1 Admi. Road | Sept. 2005 - 7/02 | $ 20 |
| D · O · C | P.O.Box 8000 | 3/04 - 8/04 | $ 40 |
| D · 0 · C | 1 Admi- Rd. | 8/01 - 10/02 | $ 20 |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ 40 . 16

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0 | $ N/A |
| N/A | N/A | $ 0 | $ N/A |
| N/A | N/A | $ 0 | $ N/A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| None | | None | | Make & year: N/A | |
| None | | None | | Model: N/A | |
| None | | None | | Registration#: N/A | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: None | | none | | None | |
| Model: N/A | | None | | None | |
| Registration#: N/A | | None | | None | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | none | N/A |
| None | None | N/A |
| None | None | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| None | N/A | N/A |
| None | N/A | N/A |
| None | N/A | N/A |

3

*8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |

Are any real estate taxes included? □ Yes □ No N/A
Is property insurance included? □ Yes □ No N/A

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 15 wkly | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Other: N/A | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Credit card (name): N/A | $ 0 | $ N/A |
| Department store (name): N/A | $ 0 | $ N/A |
| Other: N/A | $ 0 | $ N/A |

| | | | |
|---|---|---|---|
| Alimony, maintenance, and support paid to others | $ | 0 | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ | 0 | $ N/A |
| Other (specify): N/A | $ | 0 | $ N/A |
| **Total monthly expenses**: | $ | 0 | $ N/A |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes ☒ No                    If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:

N/A

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:

N/A

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

For the simple fact that I am indigent and an incarcerated inmate -- unemployment and without income. Thoughly I do receive a small gifts from friends, however, I do not count on it because it is whenever they can basis thing. This gifts are usually used on food items, stamps, envelopes, toiletries, et cetera -- if they do in fact come through

*13.State the address of your legal residence.*

Old Colony Corr. Center, 1 Administration
Road, Bridgewater, MA 02324-3230

Your daytime phone number: (____) ____N/A____

Your age: __44__          Your years of schooling: __16____

6

Inmate Name............ Jahaziel Yeboah-Sefah

Commitment number.... W56116

Period encompassed.... 4/30/2007    10/30/2007

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 04/30/07 | $ 234.01 | $ - | $ 234.01 |
| Balance as of | 05/30/07 | $ 60.18 | $ - | $ 60.18 |
| Balance as of | 06/30/07 | $ 163.94 | $ - | $ 163.94 |
| Balance as of | 07/30/07 | $ 230.03 | $ - | $ 230.03 |
| Balance as of | 08/30/07 | $ 276.16 | $ - | $ 276.16 |
| Balance as of | 09/30/07 | $ 151.41 | $ - | $ 151.41 |
| Ending Balance: | 10/30/07 | $ 100.16 | $ - | $ 100.16 |

Six month average balance:          $ 173.70

20% of six month average balance:    $ 34.74

total expenditures for period:    $ 1,039.95

total income for period:    $ 906.10

To the best of my knowledge the above summary information is true and accurate:

Signed:

Jeanne Petrillo                                                      10/30/2007

*note to clear numbers Ctrl-Z*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20071030 09:34**

Page . 1

| Commit# : | W56116 | | | | OLD COLONY CORRECTIONAL CENTER | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | YEBOAH-SEFAH, JAHAZIEL, D, | | | | Statement From | 20070430 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | To | 20071030 | | | |
| Block : | ORIENTATION UNIT | | | | | | | | |
| Cell/Bed : | 119 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Period : | $9,822.21 | $9,588.20 | $62.57 | $62.57 |
| 20070501 22:30 | CN - Canteen | 8662413 | | OCC | ~Canteen Date . 20070501 | $0.00 | $27.11 | $0 00 | $0 00 |
| 20070502 21:09 | PY - Payroll | 8667884 | | OCC | ~20070415 To 20070421 | $5.00 | $0.00 | $0 00 | $0.00 |
| 20070503 09:56 | EX - External Disbursement | 8678367 | 117801 | OCC | ~PARALYZED VETERANS | $0.00 | $15.00 | $0 00 | $0 00 |
| 20070503 09:56 | MA - Maintenance and Administration | 8678369 | | OCC | ~Monthly Maintenance and Administration Fee | $0 00 | $1 00 | $0 00 | $0 00 |
| 20070508 22:30 | CN - Canteen | 8701125 | | OCC | ~Canteen Date : 20070508 | $0 00 | $34 42 | $0.00 | $0.00 |
| 20070509 08:53 | IC - Transfer from Inmate to Club A/c | 8704194 | | OCC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0 00 | $0 00 |
| 20070509 15:53 | IS - Interest | 8710512 | | OCC | | $0 55 | $0.00 | $0 00 | $0.00 |
| 20070509 21 10 | PY - Payroll | 8725677 | | OCC | ~20070422 To 20070428 | $5.00 | $0.00 | $0.00 | $0 00 |
| 20070510 08:48 | IC - Transfer from Inmate to Club A/c | 8755162 | | OCC | ~2 PIECES LEGAL MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1 20 | $0.00 | $0 00 |
| 20070515 22.30 | CN - Canteen | 8758367 | | OCC | ~Canteen Date : 20070515 | $0.00 | $34.77 | $0.00 | $0.00 |
| 20070516 21:06 | PY - Payroll | 8762505 | | OCC | ~20070429 To 20070505 | $5.00 | $0 00 | $0 00 | $0 00 |
| 20070518 10:28 | CI - Transfer from Club to Inmate A/c | 8778718 | | OCC | ~REFUND 5/14/07~W56116 YEBOAH-SEFAH,JAHAZIEL D PERSONAL~KCN WASH ACCOUNT - Z5 | $14.82 | $0 00 | $0.00 | $0 00 |
| 20070518 10:28 | TI - Transfer from Institution | 8778720 | | OCC | ~Associate Receipt Number is 8778718 | $14.82 | $0.00 | $0 00 | $0.00 |
| 20070518 10:28 | TI - Transfer from Institution | 8778719 | | STH | ~Associate Receipt Number is 8778718 | $0.00 | $14.82 | $0.00 | $0.00 |
| 20070522 09:09 | IC - Transfer from Inmate to Club A/c | 8788692 | | OCC | ~2 OVERSIZE PIECES OF LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.20 | $0.00 | $0.00 |
| 20070522 22:30 | CN - Canteen | 8792482 | | OCC | ~Canteen Date : 20070522 | $0.00 | $39 42 | $0 00 | $0 00 |
| 20070523 10:16 | IC - Transfer from Inmate to Club A/c | 8794613 | | OCC | ~HOMELAND SECURITY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.48 | $0.00 | $0 00 |
| 20070523 10 16 | IC - Transfer from Inmate to Club A/c | 8794615 | | OCC | ~DEPT OF JUSTICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.48 | $0.00 | $0 00 |
| 20070523 21:07 | PY - Payroll | 8797353 | | OCC | ~20070506 To 20070512 | $5 00 | $0.00 | $0 00 | $0.00 |
| 20070529 22:30 | CN - Canteen | 8822558 | | OCC | ~Canteen Date  20070529 | $0.00 | $52.62 | $0 00 | $0.00 |
| 20070530 21:07 | PY - Payroll | 8828588 | | OCC | ~20070513 To 20070519 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070605 22:30 | CN - Canteen | 8864322 | | OCC | ~Canteen Date  20070605 | $0.00 | $28.34 | $0.00 | $0 00 |
| 20070607 09:57 | CI - Transfer from Club to Inmate A/c | 8880070 | | OCC | ~REFUND 6/6/07~W56116 YEBOAH-SEFAH,JAHAZIEL D PERSONAL~KCN WASH ACCOUNT - Z5 | $3.00 | $0.00 | $0 00 | $0 00 |
| 20070607 09:57 | TI - Transfer from Institution | 8880076 | | STH | ~Associate Receipt Number is 8880070 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20070607 09:57 | TI - Transfer from Institution | 8880077 | | OCC | ~Associate Receipt Number is 8880070 | $3.00 | $0 00 | $0.00 | $0 00 |
| 20070612 22:30 | CN - Canteen | 8904640 | | OCC | ~Canteen Date : 20070612 | $0.00 | $29 02 | $0 00 | $0.00 |
| 20070613 21:06 | PY - Payroll | 8909256 | | OCC | ~20070527 To 20070602 | $5 00 | $0.00 | $0 00 | $0 00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20071030 09:34

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W56116 | | | | OLD COLONY CORRECTIONAL CENTER | | | | Page · 2 |
| Name : | YEBOAH-SEFAH, JAHAZIEL, D, | | | | Statement From | 20070430 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | To | 20071030 | | | |
| Block : | ORIENTATION UNIT | | | | | | | | |
| Cell/Bed : | 119 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20070613 21 09 | PY - Payroll | 8909801 | | OCC | ~20070527 To 20070602~Corrected Payroll 20070520 | $5.00 | $0 00 | $0 00 | $0.00 |
| 20070614 13:27 | ML - Mail | 8920696 | | STH | ~LITTMAN, KENNETH, G, | $200.00 | $0 00 | $0.00 | $0.00 |
| 20070614 13:27 | MA - Maintenance and Administration | 8920698 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1 00 | $0.00 | $0 00 |
| 20070614 13:27 | TI - Transfer from Institution | 8920700 | | STH | ~Associate Receipt Number is 8920696 | $0.00 | $199.00 | $0.00 | $0 00 |
| 20070614 13:27 | TI - Transfer from Institution | 8920701 | | OCC | ~Associate Receipt Number is 8920696 | $199.00 | $0.00 | $0.00 | $0.00 |
| 20070614 13:51 | ML - Mail | 8921345 | | STH | ~DUNG PHAN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070614 13:51 | TI - Transfer from Institution | 8921346 | | STH | ~Associate Receipt Number is 8921345 | $0.00 | $50.00 | $0 00 | $0 00 |
| 20070614 13·51 | TI - Transfer from Institution | 8921347 | | OCC | ~Associate Receipt Number is 8921345 | $50.00 | $0 00 | $0.00 | $0.00 |
| 20070614 15:57 | IS - Interest | 8925002 | | OCC | | $0 57 | $0 00 | $0.00 | $0.00 |
| 20070619 22.30 | CN - Canteen | 8958006 | | OCC | ~Canteen Date . 20070619 | $0.00 | $23 45 | $0.00 | $0 00 |
| 20070620 08:54 | EX - External Disbursement | 8958799 | 118866 | OCC | ~CARMEN GONZALEZ | $0.00 | $30 00 | $0.00 | $0.00 |
| 20070620 21.12 | PY - Payroll | 8962357 | | OCC | ~20070603 To 20070609 | $5.00 | $0.00 | $0.00 | $0 00 |
| 20070626 22:30 | CN - Canteen | 8992058 | | OCC | ~Canteen Date · 20070626 | $0.00 | $28 55 | $0.00 | $0 00 |
| 20070627 09·18 | EX - External Disbursement | 8993462 | 119024 | OCC | ~N. DUNCAN | $0.00 | $20.00 | $0.00 | $0 00 |
| 20070627 09:27 | EX - External Disbursement | 8993550 | 119037 | OCC | ~EDWARD HAMILTON | $0.00 | $9.45 | $0.00 | $0.00 |
| 20070627 21 21 | PY - Payroll | 8996040 | | OCC | ~20070610 To 20070616 | $5 00 | $0 00 | $0.00 | $0 00 |
| 20070702 22:30 | CN - Canteen | 9024248 | | OCC | ~Canteen Date 20070702 | $0 00 | $25 27 · | $0.00 | $0.00 |
| 20070704 21.08 | FY - Payroll | 9032276 | | OCC | ~20070617 To 20070623 | $5 00 | $0 00 | $0.00 | $0 00 |
| 20070706 13:41 | ML - Mail | 9053643 | | STH | ~MO# 5635100673 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20070706 13·41 | MA - Maintenance and Administration | 9053645 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1 00 | $0.00 | $0.00 |
| 20070706 13:41 | TI - Transfer from Institution | 9053647 | | STH | ~Associate Receipt Number is 9053643 | $0.00 | $59.00 | $0 00 | $0 00 |
| 20070706 13 41 | TI - Transfer from Institution | 9053648 | | OCC | ~Associate Receipt Number is 9053643 | $59.00 | $0 00 | $0.00 | $0 00 |
| 20070710 22:30 | CN - Canteen | 9070274 | | OCC | ~Canteen Date . 20070710 | $0.00 | $19.60 | $0 00 | $0 00 |
| 20070711 09 24 | IC - Transfer from Inmate to Club A/c | 9071691 | | OCC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6 75 | $0.00 | $0,00 |
| 20070711 15.53 | IS - Interest | 9076974 | | OCC | | $0 49 | $0.00 | $0 00 | $0 00 |
| 20070711 21 08 | PY - Payroll | 9092140 | | OCC | ~20070624 To 20070630 | $5.00 | $0.00 | $0.00 | $0 00 |
| 20070717 12:16 | ·ML - Mail | 9120109 | | STH | ~C MILAGROS | $60.00 | $0.00 | $0.00 | $0.00 |
| 20070717 12:16 | TI - Transfer from Institution | 9120110 | | STH | ~Associate Receipt Number is 9120109 | $0.00 | $60.00 | $0.00 | $0 00 |
| 20070717 12·16 | TI - Transfer from Institution | 9120111 | | OCC | ~Associate Receipt Number is 9120109 | $60 00 | $0.00 | $0.00 | $0.00 |
| 20070717 22:30 | CN - Canteen | 9124279 | | OCC | ~Canteen Date : 20070717 | $0 00 | $26.34 | $0.00 | $0.00 |
| 20070718 10 03 | IC - Transfer from Inmate to Club A/c | 9125730 | | OCC | ~2 PIECES MAIL - 1 CERT.70060100000301564241~POS | $0.00 | $5 96 | $0 00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20071030 09:34**

| | | Page : 3 |
|---|---|---|
| Commit# : | W56116 | **OLD COLONY CORRECTIONAL CENTER** |
| Name : | YEBOAH-SEFAH, JAHAZIEL, D, | **Statement From** 20070430 |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To 20071030 |
| Block : | ORIENTATION UNIT | |
| Cell/Bed : | 119 /B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TAGE - Z11-POSTAGE - Z11 | | | | |
| 20070718 21:09 | PY - Payroll | 9128099 | | OCC | ~20070701 To 20070707 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070724 22:30 | CN - Canteen | 9155957 | | OCC | ~Canteen Date : 20070724 | $0.00 | $29.98 | $0.00 | $0.00 |
| 20070725 10:20 | EX - External Disbursement | 9159839 | 119723 | OCC | ~EDWARD R. HAMILTON | $0.00 | $13.95 | $0.00 | $0.00 |
| 20070725 21:11 | PY - Payroll | 9162032 | | OCC | ~20070708 To 20070714 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070727 09:48 | IC - Transfer from Inmate to Club A/c | 9177509 | | OCC | ~CERT 70060100000301561653~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.55 | $0.00 | $0.00 |
| 20070730 13:32 | ML - Mail | 9182479 | | STH | ~C MILLIE | $60.00 | $0.00 | $0.00 | $0.00 |
| 20070730 13:32 | TI - Transfer from Institution | 9182486 | | STH | ~Associate Receipt Number is 9182479 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20070730 13:32 | TI - Transfer from Institution | 9182487 | | OCC | ~Associate Receipt Number is 9182479 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20070731 22:30 | CN - Canteen | 9191640 | | OCC | ~Canteen Date  20070731 | $0.00 | $9.16 | $0.00 | $0.00 |
| 20070801 21:13 | PY - Payroll | 9196836 | | OCC | ~20070715 To 20070721 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070806 16:51 | IS - Interest | 9226291 | | OCC | | $0.86 | $0.00 | $0.00 | $0.00 |
| 20070807 08:18 | VC - Voided Check | 9243450 | 119723 | STH | ~EDWARD R HAMILTON | $13.95 | $0.00 | $0.00 | $0.00 |
| 20070807 08:18 | TI - Transfer from Institution | 9243451 | | STH | ~Associate Receipt Number is 9243450 | $0.00 | $13.95 | $0.00 | $0.00 |
| 20070807 08:18 | TI - Transfer from Institution | 9243452 | | OCC | ~Associate Receipt Number is 9243450 | $13.95 | $0.00 | $0.00 | $0.00 |
| 20070807 22:30 | CN - Canteen | 9247915 | | OCC | ~Canteen Date . 20070807 | $0.00 | $48.33 | $0.00 | $0.00 |
| 20070808 09:47 | EX - External Disbursement | 9251782 | 120064 | OCC | ~EDWARD R HAMILTON | $0.00 | $17.45 | $0.00 | $0.00 |
| 20070808 09:47 | MA - Maintenance and Administration | 9251785 | | OCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070808 11:54 | IC - Transfer from Inmate to Club A/c | 9253511 | | OCC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.75 | $0.00 | $0.00 |
| 20070810 12:30 | ML - Mail | 9272544 | | STH | ~C.M MILLIE | $60.00 | $0.00 | $0.00 | $0.00 |
| 20070810 12:30 | TI - Transfer from Institution | 9272545 | | STH | ~Associate Receipt Number is 9272544 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20070810 12:30 | TI - Transfer from Institution | 9272546 | | OCC | ~Associate Receipt Number is 9272544 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20070816 08:48 | EX - External Disbursement | 9302450 | 120250 | OCC | ~EDWARD HAMILTON | $0.00 | $31.35 | $0.00 | $0.00 |
| 20070821 22:30 | CN - Canteen | 9322217 | | OCC | ~Canteen Date - 20070821 | $0.00 | $44.32 | $0.00 | $0.00 |
| 20070828 22:30 | CN - Canteen | 9356316 | | OCC | ~Canteen Date . 20070828 | $0.00 | $25.32 | $0.00 | $0.00 |
| 20070830 13:35 | ML - Mail | 9371090 | | STH | ~C M MILLIE | $150.00 | $0.00 | $0.00 | $0.00 |
| 20070830 13:35 | TI - Transfer from Institution | 9371091 | | STH | ~Associate Receipt Number is 9371090 | $0.00 | $150.00 | $0.00 | $0.00 |
| 20070830 13:35 | TI - Transfer from Institution | 9371092 | | OCC | ~Associate Receipt Number is 9371090 | $150.00 | $0.00 | $0.00 | $0.00 |
| 20070904 22:30 | CN - Canteen | 9391524 | | OCC | ~Canteen Date : 20070904 | $0.00 | $14.44 | $0.00 | $0.00 |
| 20070906 16:37 | IS - Interest | 9413839 | | OCC | | $0.90 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20071030 09:34

| | | | | | Page : 4 |
|---|---|---|---|---|---|
| Commit# : | WS6116 | | OLD COLONY CORRECTIONAL CENTER | | |
| Name  : | YEBOAH-SEFAH, JAHAZIEL, D, | | **Statement From** | 20070430 | |
| Inst  : | OLD COLONY CORRECTIONAL CENTER | | To | 20071030 | |
| Block  : | ORIENTATION UNIT | | | | |
| Cell/Bed : | 119 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070911 22:30 | CN - Canteen | 9450783 | | OCC | ~Canteen Date : 20070911 | $0.00 | $45 33 | $0.00 | $0.00 |
| 20070918 22:30 | CN - Canteen | 9486673 | | OCC | ~Canteen Date : 20070918 | $0 00 | $30.95 | $0 00 | $0.00 |
| 20070926 10:19 | IC - Transfer from Inmate to Club A/c | 9523592 | | OCC | ~POSTAGE - Z11~POSTAGE - Z11 | $0,00 | $5.30 | $0.00 | $0 00 |
| 20070926 22:30 | CN - Canteen | 9535305 | | OCC | ~Canteen Date : 20070926 | $0 00 | $29.65 | $0.00 | $0,00 |
| 20071002 22.30 | CN - Canteen | 9560355 | | OCC | ~Canteen Date : 20071002 | $0.00 | $30.73 | $0 00 | $0 00 |
| 20071004 13.42 | ML - Mail | 9578148 | | STH | ~C MILLIE | $60.00 | $0 00 | $0,00 | $0,00 |
| 20071004 13.42 | MA - Maintenance and Administration | 9578150 | | STH | ~Monthly Maintenance and Administration Fee | $0,00 | $1 00 | $0 00 | $0.00 |
| 20071004 13:42 | TF - Transfer from Institution | 9578152 | | STH | ~Associate Receipt Number is 9578148 | $0.00 | $59 00 | $0 00 | $0 00 |
| 20071004 13:42 | TI - Transfer from Institution | 9578153 | | OCC | ~Associate Receipt Number is 9578148 | $59.00 | $0.00 | $0.00 | $0,00 |
| 20071009 22:30 | CN - Canteen | 9598311 | | OCC | ~Canteen Date · 20071009 | $0.00 | $38.68 | $0,00 | $0 00 |
| 20071012 16:47 | IS - Interest | 9625973 | | OCC | | $0.96 | $0.00 | $0,00 | $0,00 |
| 20071016 22:30 | CN - Canteen | 9653348 | | OCC | ~Canteen Date . 20071016 | $0.00 | $28 62 | $0 00 | $0,00 |
| 20071017 09:59 | IC - Transfer from Inmate to Club A/c | 9656153 | | OCC | ~808,824,827~CANTEEN CORP WASH ACCOUNT - Z6~CANTEEN CORP WASH ACCOUNT - Z6 | $0.00 | $85.53 | $0 00 | $0,00 |
| 20071023 22:30 | CN - Canteen | 9689062 | | OCC | ~Canteen Date : 20071023 | $0 00 | $27 65 | $0,00 | $0,00 |
| 20071024 12 45 | ML - Mail | 9691946 | | STH | ~C.M. MILLIE | $100 00 | $0 00 | $0,00 | $0,00 |
| 20071024 12:45 | TI - Transfer from Institution | 9691947 | | STH | ~Associate Receipt Number is 9691946 | $0,00 | $100 00 | $0,00 | $0 00 |
| 20071024 12.45 | TI - Transfer from Institution | 9691948 | | OCC | ~Associate Receipt Number is 9691946 | $100.00 | $0.00 | $0,00 | $0,00 |
| | | | | | | $1,734.87 | $1,868.72 | $0,00 | $0 00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $100.16 | $6.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $100.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0 00 |